# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DUSTY ALLEN STEVENS, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:20-CV-693-DDN |
| MICHAEL PARSONS, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on review of plaintiff's pro se complaint. The complaint is defective because plaintiff has neither paid the filing fee nor submitted a motion to proceed in forma pauperis along with a financial affidavit. *See* 28 U.S.C. § 1915(a).

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail to plaintiff a copy of the Court's form Application to Proceed in District Court Without Prepaying Fees or Costs.

**IT IS FURTHER ORDERED** that plaintiff shall either pay the $400 filing fee or submit the Application to Proceed Without Prepaying Fees or Costs within twenty-one (21) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice.

Dated this 29th day of May, 2020.

/s/ David D. Noce
**UNITED STATES MAGISTRATE JUDGE**